**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDIA ISABEL RUIZ-BARAJAS, | No. 08-71538 |
| Petitioner, | Agency No. A072-403-637 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010**

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Claudia Isabel Ruiz-Barajas, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

from an immigration judge's ("IJ") decision denying her application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Ruiz-Barajas failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

Ruiz-Barajas' contentions that the agency disregarded her evidence of hardship and did not consider the evidence in the aggregate are not supported by the record and do not amount to colorable constitutional claims. *See id.* at 930.

We lack jurisdiction to review Ruiz-Barajas' contentions that the IJ applied an improper legal standard and used an improper factor in the hardship analysis because she failed to exhaust those claims before the BIA. *See Ontiveros-Lopez v. INS*, 213 F.3d 1121, 1124 (9th Cir. 2000).

**PETITION FOR REVIEW DISMISSED.**

08-71538